IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-3-06-70525 JCS |
| Plaintiff, ) | |
| ) | **Order Amending Travel Restrictions** |
| vs. ) | |
| ULYSSES POWELL, ) | |
| Defendant. ) | |

The defendant's bond is hereby amended to allow the defendant to travel to the Eastern District of California.

Dated: August 31, 2006

_____
Joseph C. Spero
United States Magistrate Judge

1